## THOMAS J EMERY MEMORIAL v GOLDSMITH

Ohio Appeals, 1st Dist, Hamilton Co

Decided Dec 10, 1934

Taft, Stettinius & Hollister, Cincinnati, for plaintiff in error.

Max Rafalo, Cincinnati, for defendant in error.

For full opinion see 49 Oh Ap 233.